**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*Van Sky v. Davol, Inc., et al.*
**Case No. 2:20-cv-2795**

## ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss Plaintiff's Claims Against Ethicon, Inc. and Johnson & Johnson with Prejudice (ECF No. 21).  The motion is **GRANTED** and Plaintiff's claims against Ethicon, Inc. and Johnson & Johnson are **DISMISSED WITH PREJUDICE**.  The Clerk is directed to terminate defendants Johnson & Johnson and Ethicon, Inc. as parties in this case.  Plaintiff's claims against Davol, Inc. and C.R. Bard, Inc. remain pending.

This case remains open.

**IT IS SO ORDERED.**

| | |
|---|---|
| **4/22/2024** | **s/Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.**<br>**UNITED STATES DISTRICT JUDGE** |